**Abe Swerdlove and Sol Matus, appellees, v. Julius Shapera et al., appellants.** Gen. No. 31,324.

Action for false and fraudulent representations. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Arthur H. Fink, for appellants. Jay Stough, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**Horace L. Brand, appellee, v. Robert Beardsley and Estelle D. Beardsley, appellants.** Gen. No. 31,333.

Action to recover for misuse of leased premises. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Harry R. Hurlbut and Samuel B. King, for appellants; Emil Tarnopol, of counsel. Dunne & Corboy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**The Flexlume Corporation, appellee, v. Joseph Wurtzburg, appellant.** Gen. No. 31,455.

Action for goods sold and delivered under written contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Altheimer & Mayer, for appellant; A. B. Manion, of counsel. Ben N. Breding and Walker Butler, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**John J. Bieszke, appellant, v. Peter J. Barman, appellee.** Gen. No. 31,498.

Action for personal injuries from automobile. Judgment for defendant on directed verdict. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927.

Matthew J. O'Brien, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Justice Matchett delivered the opinion of the court.